Commonwealth *v.* Turner, Appellant.

Before SAND, J.

Argued March 20, 1974. *Jon J. Auritt,* Assistant Public Defender, with him *Schroeder, Jenkins & Raymond,* for appellant; *John G. Siegle,* Assistant District Attorney,

with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.